UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

|  |  |
|---|---|
| JAMES I. SCHAAP,<br><br>                Plaintiff,<br><br>vs.<br><br>THOMAS B. MODLY, *et al.*,<br><br>                Defendants. | Case No.: 3:19-CV-00765-RCJ-CLB<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 5) |

      Before the Court is the Report and Recommendation of United States Magistrate Judge Carla L. Baldwin (ECF No. 5[1]) entered on March 23, 2020, recommending that the Court grant Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and file the Complaint (ECF No. 1-1) and dismiss complaint with prejudice. No objection to the Report and Recommendation has been filed.

      This action was referred to Magistrate Judge Baldwin under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

---

[1] Refers to Court's docket number.

1

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

IT IS HEREBY ORDERED that Magistrate Judge Baldwin's Report and Recommendation (ECF No. 5) is ADOPTED and ACCEPTED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) is GRANTED, the Clerk of the Court shall file Complaint (ECF No. 1-1).

IT IS FURTHER ORDERED that the Complaint is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the Clerk of the Court shall close the case.

IT IS SO ORDERED.

Dated this 20th day of May, 2020.

_____
ROBERT C. JONES
United States District Judge